**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DENNIS R. RYNO** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:20-cv-03378-MDH** |
| | ) | |
| **CITY OF WAYNESVILLE, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER QUASHING SUBPOENA</u>**

Before the Court is Defendants' Motion to Quash Subpoena to Waynesville Police Department. On March 4, 2021, Plaintiff Dennis Ryno served upon the Waynesville Police Department ("WPD") a Subpoena to Produce Documents (the "Subpoena").

The Subpoena commands the Custodian of Records of the WPD to hand deliver or mail to Plaintiff by 12:00 am on March 10, 2021, materials purportedly described on an "attached" page 2. However, the Subpoena served upon the WPD does not have a second page or any attachment, nor does the one-page Subpoena otherwise identify the documents, electronically stored information, or tangible things to be produced.

Since the Subpoena served to the WPD does not designate the documents, electronically stored information, or tangible things to be produced, it does not comply with the requirements of Fed. R. Civ. P. 45(a)(1)(A)(iii). Accordingly, the motion to quash is **GRANTED.**

**IT IS SO ORDERED.**

Dated: March 9, 2021

           */s/ Douglas Harpool*
           **DOUGLAS HARPOOL**
           **United States District Judge**