IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENNIS R. RYNO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:20-cv-03378-MDH |
| | ) | |
| CITY OF WAYNESVILLE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER QUASHING SUBPOENA

Before the Court is Defendants' Motion to Quash Subpoena to the Custodian of Records for AT&T Wireless. The Subpoena commands the Custodian of Records for Sprint PC Wireless to produce to Plaintiff by 12:00 am on March 10, 2021, certain phone records of Defendant John Meir. Specifically, it requests: "Phone records for the following telephone number, 573-586-0101, covering the time period of October 01 through November 30, 2014."

At this time, Plaintiff does not provide an extraordinary compelling basis to indicate that the Defendant Meir's phone records sought in the subpoena are relevant or important to resolving the claims Plaintiff filed against the Defendants. Furthermore, even assuming Defendant Meir's phone records contain any information relevant to the claims Plaintiff asserts, it would not be significant enough to outweigh the Defendant Meir's privacy interests in his personal phone records. Accordingly, the motion to quash is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 9, 2021                                               */s/ Douglas Harpool*
                                                                              **DOUGLAS HARPOOL**

**United States District Judge**