# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DENNIS R. RYNO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:20-cv-03378-MDH |
| ) | |
| CITY OF WAYNESVILLE, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER QUASHING SUBPOENA

Before the Court is Defendants' Motion to Quash Subpoena to the Custodian of Records for AT&T Wireless. The Subpoena commands the Custodian of Records for AT&T Wireless to produce to Plaintiff by 12:00 am on March 10, 2021, certain phone records of Defendants Daniel Cordova and Vic Weir. Specifically, it requests:

- "Phone records covering the period of October 01, 2014 through November 30, 2014 for the following customer: Daniel Cordova, St. Robert, MO. Phone number 573-855-1362."
- "Date of most recent call made or received by Mr. Cordova using phone number 573-855-1362."
- "Phone records covering the period of October 01, 2014 through November 30, 2014 for the following customer: Victor Weir, Waynesville, MO. Phone number 573-433-9552."

At this time, Plaintiff does not provide an extraordinary compelling basis to indicate that the Defendant Cordova and Weir's personal phone records sought in the subpoena are relevant or important to resolving the claims Plaintiff filed against the Defendants. Furthermore, even assuming Defendant Cordova's or Defendant Weir's phone records contain any information

relevant to the claims Plaintiff asserts, it would not be significant enough to outweigh Defendant Cordova's and Defendant Weir's privacy interests in their personal phone records. Accordingly, motion to quash is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 9, 2021  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**